UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ROOSEVELT WINTERS AND
HELEN WINTERS

    PLAINTIFFS                    JUDGMENT IN A CIVIL CASE

VS

JERRY W. THRASHER AND           CASE NO: 2:07-cv-2661-V
HAYES TRANSPORT, INC.

    DEFENDANTS

*DECISION BY COURT.* This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

*IT IS SO ORDERED AND ADJUDGED* that in accordance with the Order Granting Motion For Approval Of Third-Party Settlement, entered on June 23, 2008, pursuant to FRCP 41(b), this cause is dismissed with prejudice. Each party to bear its own costs.

**APPROVED:**

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

June 23, 2008                    Thomas M. Gould
Date                                Clerk of Court

                                   s/Betty Guy
                                   (By) Deputy Clerk